United States District Court
Northern District of Florida

Rhonda Fleming,
  Plaintiff,

v.                    No. 4:20-cv-545-WS-MJF

United States of America

Declaration In Support of
Injunctive Relief

My name is Amanda Laird, # 52848-074 and I am an inmate at FCI-Tallahassee. I am housed in the same unit as the Plaintiff, whom has requested injunctive relief concerning the destruction of the mail, the leaking roof, and to remove top bunks in the units.

In regards to the mail, my family has had pictures delivered

to the prison on 12/13/20, 01/4/21, and 01/23/2021. None of these pictures have been delivered to me. My family used a service, www.freeprints.com

On 02/20/21, I received legal documents from the U.S. District Clerk in Tennessee. The letter was postmarked 01/06/21. At least 2 pages were missing from the documents sent by the Clerk.

On 01/22/21, I received a letter from home, in which the first page, back & front, were missing.

Warden Strong started a policy where all mail would be copied and delivered to inmates. The original letters, personal or legal, are destroyed.

I signed an agreement allowing the BOP to receive my mail, inspect it, and then deliver it to me. The Warden is violating our due process rights, as well as clearly

-2-

explained Posted/Program Statements, as cited in the Plaintiff's request for injunctive relief.

Documents coming from the Court's clerk should not be discarded without consulting the owner of this mail.

There is no rule or posted policy about pictures being sent from home. However, the mailroom staff are returning pictures and the letters.

I am assigned to a top bunk in A-South unit. My bunk is directly under an air-conditioning unit, which is a clear safety violation.

The ceiling is full of mold and the roof is leaking in several areas of the unit. A dark brown substance is leaking out of the ceiling in front of the Plaintiff's bed. In front of my bed, there is a major problem

-3-

with the roof leaking.

There is no opportunity or ability to socially distance myself from other inmates. The housing unit is overcrowded. My cubicle is the size of a small closet. I have inmates all around me - at the head of my bunk, to the right and left of my bunk, all within 1-3 feet of me.

I, Amanda Laird, swear under penalty of perjury that all statements are true and correct, pursuant to 28 USC Section 1746.

*Amanda Laird*
Amanda Laird
#
FCI - Tallahassee
P.O. Box 5000
Tallahassee, FL 32314

-4-

Amanda Lafrd 528480074
FCI Tallahassee
Po Box 5000
Tallahassee, FL 32314

Legal Mail

TALLAHASSEE FL 323
30 JAN 2021 PM 5 L

RECEIVED FEB 01 2021

United States District Clerk
Office of the Clerk
1 North Palafox Street
Pensacola, FL 32502

32502-566599