United States District Court
Northern District of Florida

Rhonda Fleming,
 Plaintiff

v.                                                No. 4:20-cv-545-WS/MJF

United States of America, et al.,
 Defendants

Plaintiff's Response To
Court's Order 6/16/2021

    The Plaintiff did not comply with the Court's February 2021 order due to prison mailroom problems.

    To stop drugs from entering the prison, all mail, to include mail from this Court was being copied and the copies sent to the inmate.

    Pages were missing from 50% of the mail. The copies were too light to read or

only copied one side of the document. This happened with a FOIA case the Plaintiff has pending in the District of Colombia. When this was shown to the mailroom supervisor, Mr. Bennett <u>and</u> Associate Warden Neely, they were amazed.

With the 2nd Amended Complaint, the Plaintiff explained several pages of the order and forms were missing.

The Plaintiff is not a lawyer and has done her best to comply with the Court's orders. However, the Plaintiff's prison remains on lockdown with limited electronic law library access.

This morning the Plaintiff had one hour before

-2-

inmates became aggressive about access to the email which is on the same computer.

The Plaintiff has filed numerous cases about her confinement and challenging her conviction. She has paid her filing fee and has amended her complaint to comply with the Court's order.

The Plaintiff is in a difficult situation - sick, in pain, but with a meritorious case. This key issue in health and safety. All officials are aware of the mold situation. The EPA is aware of it, but policing the prison is difficult or impossible, one agency against another agency. Only the Court can settle

- 3 -

the matter.

This case is brought under the same legal theory as Whisant v. United States, 400 F.3d 1777 (9th Cir 2005) and it has been recognized in Florida courts.

The Plaintiff was denied safe housing and is suffering based on a breach of duty, plain negligence under Florida law.

The Plaintiff thanks the Court for the opportunity to correct the errors. The Plaintiff and others need court intervention as soon as is practicable.

Respectfully Submitted,

Rhonda Fleming
6/23/21

- 4 -

Rhonda Fleming 20446-009
FCI-Tallahassee
PO Box 5000
Tallahassee, FL 32314

```
0 Lb 8.40 Oz
1000
C001
USPS TRACKING® #
9500 1117 6623 1176 6076 67
SHIP TO:
111 N ADAMS ST
Tallahassee FL 32301-7736
```

United States District Court
Office of the Clerk
111 North Adams Street
Tallahassee, FL 32301

JUN 2 8 REC'D

Legal Mail

