# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RHONDA FLEMING,

v.

UNITED STATES OF AMERICA,

Case No. 4:20-cv-545-WS/MJF

## REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on <u>July 20, 26, & August 5, 2021</u>

Motion/Pleadings: <u>Motions for Notice of Interested Party</u>

Filed by <u>Nonparties</u> on <u>July 19, 23, & August 5, 2021</u>  Docs. # <u>48, 49, 50, 51</u>

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

<u>s/ Jeremy Wright, Deputy Clerk</u>

---

    Upon consideration, the "Motion[s] for Notice of Interested Party" (Docs. 48, 49, 50, 51) are **DENIED** without prejudice for lack of a demonstration of good cause.

    **SO ORDERED** this <u>5th</u> day of August, 2021.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**