UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,
    Plaintiff,

v.   Case No.  4:20-cv-545-WS/MJF

UNITED STATES OF AMERICA and
WARDEN ERICA STRONG,
    Defendants.
_____/

## ORDER

On May 2, 2022, this court ordered Defendants to file a response to Plaintiff's "Motion for Emergency Relief from Abuses by Defendant Warden Strong" and "Emergency Motion for Preliminary Injunction and Hearing." Docs. 82, 83. This court imposed a deadline of **May 17, 2022** to comply. Defendants did not comply with the order.

Accordingly, it is **ORDERED**:

1. **On or before May 27, 2022**, Defendants shall explain and show cause why they failed to comply with this court's May 2, 2022 order.

2. Defendants' failure to comply with this order may result in an imposition of sanctions as described by Local Rule 41.1.

**SO ORDERED** this 23rd day of May, 2022.

                              /s/ *Michael J. Frank*
                              **Michael J. Frank**
                              **United States Magistrate Judge**