IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **RHONDA FLEMING,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>Defendants. | **Civil Case Number:**<br>**4:20-CV-00545-WS-MJF** |

### UNITED STATES OF AMERICA, ET AL.'S RESPONSE TO SHOW CAUSE ORDER AND *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO RESPOND TO ECF NO. 86

Defendants United States of America and Warden Erica Strong (together, "Defendants") respond to this Court's Show Cause Order at ECF No. 94 as follows:

1. Defendants mistakenly assumed that the Court's intervening Report and Recommendation [ECF No. 91], in conjunction with Plaintiff's intervening filings demonstrating access to the courts [ECF Nos. 87, 89, 90 and 92], and transfer away from FCI-TLH and out of the custody of Warden Strong [ECF Nos. 91 and 93], mooted Plaintiff's Request for Emergency Relief [ECF Nos. 82 and 83] and any response required thereto. Defendants sincerely apologize to the

1

Court, and to Plaintiff, for this error and any delay it may cause in resolution of these issues.

2.     Accordingly, Defendants request a *nunc pro tunc* extension of this Court's Order at ECF No. 86, to permit Defendants to respond in opposition to Plaintiff's Emergency Motions [ECF Nos. 82 and 84] up to and including May 27, 2022. Defendants note that May 27, 2022, is the current deadline for Defendants to respond to this Court's Show Cause Order.

3.     This brief extension of time will not impact any other deadlines, including this Court's Order at ECF No. 88, regarding Defendants' supplemental briefing for the Motion to Dismiss.

                Respectfully submitted,

                JASON R. COODY
                United States Attorney

                ***/s/ Marie A. Moyle***
                **MARIE A. MOYLE, ESQ.**
                Assistant United States Attorney
                Florida Bar No. 1003498
                Email: marie.moyle@usdoj.gov
                111 N. Adams Street, 4th Floor
                Tallahassee, FL  32301
                Telephone:  85-942-8430
                Fax:  850-942-8466
                Counsel for United States of America

## **LOCAL RULE 5.1(F) CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via certified first-class mail, this 23rd day of May, 2022, to:

RHONDA FLEMING
20446-009
FEDERAL TRANSFER CENTER
PO BOX 898801
OKLAHOMA CITY, OK 73189

                                      */s/ Marie A. Moyle*
                                      **Marie A. Moyle**
                                      Assistant U.S. Attorney
                                      Counsel for United States of America