UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

   Plaintiff,

v.                                        Case No. 4:20-cv-545-WS/MJF

UNITED STATES OF AMERICA and
WARDEN ERICA STRONG,

   Defendants.
_____/

## ORDER

On May 31, 2022, Defendants filed supplemental briefing for their motion to dismiss. Doc. 99. Pursuant to this court's order of May 10, 2022, Plaintiff's obligation to respond is reinstated. Doc. 88. Before this court rules on Defendants' motion, Plaintiff shall be afforded an opportunity to respond to Defendants' motion to dismiss and supplemental briefing.

If Plaintiff opposes the motion to dismiss, **she must file a response in opposition**. N.D. Fla. Loc. R. 7.1(E) ("A party who opposes the motion must file a memorandum in opposition."). Any such response **must address the legal arguments relevant to Defendants' motion to dismiss and supplemental briefing**.

Failure to respond in opposition to Defendants' motion to dismiss will cause this court to presume that Plaintiff does not oppose Defendants' motion and consents to a dismissal of this action. *See Stenlund v. Marriott Int'l, Inc.*, 172 F. Supp. 3d 874, 887 (D. Md. 2016); *Kissi v. Panzer*, 664 F. Supp. 2d 120, 123 (D.D.C. 2009). If, after Plaintiff reviews Defendants' motion and supplemental briefing, Plaintiff consents to dismissal of this action, she shall **file a notice of dismissal** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is **ORDERED**:

1. **On or before June 22, 2022**, Plaintiff shall:

    a. file a response in opposition to Defendants' motion, if Plaintiff opposes Defendants' motion; **or**

    b. file a notice of dismissal under Rule 41(a)(1)(A)(i), if Plaintiff does not oppose Defendants' motion.

2. Failure to file a response in opposition to Defendants' motion to dismiss will cause this court to presume that Plaintiff does not oppose Defendants' motion, does not dispute the merits of Defendants' motion, and consents to a dismissal of this action.

3. Any response must comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Florida.

**SO ORDERED** this <u>1st</u> day of June, 2022.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**