IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                                                       4:20cv545–WS/MJF

UNITED STATES OF AMERICA, and
WARDEN ERICCA STRONG,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 91) docketed May 12, 2022. The magistrate judge recommends that Plaintiff's "Emergency Motion to Re-Urge TRO-Injunctive Relief" (ECF No. 60) and "Motion for Emergency Hearing for Temporary Restraining Order and/or Preliminary Injunction" (ECF No. 67) be denied without prejudice. Plaintiff has responded (ECF Nos. 92, 101) to the report and recommendation, asserting that she is unable to file objections because she has been denied access to her legal

materials and the prison's law library since March 25, 2022. She has not asked for an extension of time to file objections, and none will be granted at this time.[1]

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 91) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's Plaintiff's "Emergency Motion to Re-Urge TRO-Injunctive Relief" (ECF No. 60) and "Motion for Emergency Hearing for Temporary Restraining Order and/or Preliminary Injunction" (ECF No. 67) are denied without prejudice.

3. Plaintiff's "Motion for Permission to File More Than 25 Pages in Complaint" (ECF No. 60) is DENIED as moot.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___6th__ day of ___June___, 2022.

---

[1] Plaintiff has complained about her inability to access legal materials for over a year. *See* ECF Nos. 14, 33, 87, 92, 101.

<u>s/ William Stafford</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE