# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                                                             Case No. 4:20-cv-545-WS/MJF

UNITED STATES OF AMERICA and
WARDEN ERICA STRONG,

    Defendants.
_____/

## **ORDER**

On April 25, 2022, Defendants filed a motion to dismiss Plaintiff's fifth amended complaint. Doc. 84. Upon further review of Defendants' motion, supplemental briefing is required regarding a jurisdictional matter: whether Plaintiff's "social distancing" claim under the Federal Tort Claims Act ("FTCA") is barred by the discretionary-function exception. That is, the parties must address whether the allegations underlying Plaintiff's "social distancing" claim involve an element of judgment or choice that is grounded in considerations of public policy.

Accordingly, it is **ORDERED** that **on or before September 21, 2022**, the parties each shall file supplemental briefing addressing whether Plaintiff's "social distancing" claim under the FTCA is barred by the discretionary-function exception.

The parties shall provide citations for factual allegations and legal authorities offered in support of their respective positions.

**SO ORDERED** this 26th day of August, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**