UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                                                                     4:20cv545–WS/MJF

UNITED STATES OF AMERICA,
and WARDEN ERICA STRONG,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 113) docketed August 15, 2022. The magistrate judge recommends that the plaintiff's motion for emergency injunctive relief (ECF No. 82) be denied. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 113) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for emergency injunctive relief (ECF No. 82) is DENIED.

3. The clerk shall refer the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __22nd__ day of ___September___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE