UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                                       4:20cv545–WS/MJF

UNITED STATES OF AMERICA,
and WARDEN ERICA STRONG,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 172) dated December 27, 2022. The magistrate judge recommends that Rhonda Fleming's motion for preliminary injunction be denied. Fleming has filed objections (ECF No. 176) to the report and recommendation. The undersigned has considered those objections but nonetheless finds that Fleming's motion for preliminary injunction (ECF No. 162) must be denied.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 172) is

ADOPTED and incorporated into this order by reference.

2. Rhonda Fleming's motion (ECF No. 162) for preliminary injunction is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   17th   day of   January  , 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE