# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| RHONDA FLEMING, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Case Number: <br> 4:20-CV-00545-WS-MJF |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), Defendant Warden Erica Strong hereby gives notice that she intends to appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the United States District Court for the Northern District of Florida entered on November 21, 2022, denying her motion to dismiss based on the availability of a cause of action and on qualified immunity. [ECF No. 159].

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Marie A. Moyle*
**MARIE A. MOYLE**
Assistant United States Attorney
Florida Bar No. 1003498
Email: marie.moyle@usdoj.gov
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
Telephone:  85-942-8430
Fax:  850-942-8466
Counsel for United States of America

# LOCAL RULE 5.1(F) CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been furnished via e-mail (as requested), this 19th day of January, 2023; and via certified first-class mail on January 20, 2023 to:

RHONDA FLEMING
20446-009
FCI DUBLIN
5701 8TH STREET
DUBLIN, CA 94568

*/s/ Marie A. Moyle*
**Marie A. Moyle**
Assistant United States Attorney
Counsel for United States of America