UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                                  4:20cv545–WS/MJF

UNITED STATES OF AMERICA
and WARDEN ERICA STRONG,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 243) dated April 26, 2023. The magistrate judge recommends that the undersigned grant Defendants' motion to stay this cause pending disposition of Warden Erica Strong's interlocutory appeal pending before the Eleventh Circuit. Plaintiff has filed objections (ECF No. 244) to the report and recommendation.

    Having reviewed the record, the undersigned concludes—as did the magistrate judge—that a stay of proceedings is appropriate. Accordingly, it is ORDERED:

1. Defendant's motion to stay (ECF No. 235) is GRANTED.

2. Proceedings in this case are STAYED until the Eleventh Circuit resolves Warden Erica Strong's interlocutory appeal.

DONE AND ORDERED this __17th__ day of __May__, 2023.

> _s/ William Stafford_
> WILLIAM STAFFORD
> SENIOR UNITED STATES DISTRICT JUDGE