# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

RHONDA FLEMING,

      Plaintiff,

v.                                CASE NO. 4:20cv545-RH-MJF

UNITED STATES OF AMERICA
et al.,

      Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION
## AND DENYING AS MOOT THE MOTION FOR A WRIT
## FOR THE PLAINTIFF'S ATTENDANCE AT TRIAL

The plaintiff is a federal prisoner. She has moved for a preliminary injunction requiring the Bureau of Prisons to place her in a specific facility from now through the trial. Alternatively, she asks for issuance of a writ requiring her to be transported to the trial. A writ has already issued. The United States Marshals Service will deliver the plaintiff to the trial as required. Nothing more is needed.

The plaintiff has not shown grounds for issuance of a preliminary injunction or any other order requiring the Bureau of Prisons to place the plaintiff in a specific facility.

IT IS ORDERED:

The plaintiff's motion for a preliminary injunction or writ, ECF No. 282, is

denied.

SO ORDERED on April 28, 2025.

s/Robert L. Hinkle
United States District Judge
